

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2014

No. 04-14-00095-CR

Jesus **PADILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 394254
Honorable Wayne A. Christian, Judge Presiding

### O R D E R

Appellant has filed a motion for the appointment of appellate counsel. Our records reflect that the trial court previously found appellant to be indigent and appointed counsel to represent him. After appellant's conviction and sentence, counsel filed a motion to withdraw which was granted. A defendant who is determined by the court to be indigent is presumed to remain indigent throughout the proceedings in the case, including appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 26.04(p) (presumption of indigence absent a showing of material change in defendant's financial circumstances).

Accordingly, this appeal is ABATED to the trial court and the trial court is ORDERED to appoint counsel to represent appellant on appeal. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). It is further ORDERED the trial court clerk file a supplemental clerk's record containing documentation of such appointment *within 15 days* from the date of this order. After the supplemental clerk's record is filed, the appeal will be reinstated on the docket of this court. All appellate deadlines are suspended pending the reinstatement of the appeal.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2014.



Keith E. Hottle
Clerk of Court